UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:22-cv-02613-AB (AGRx) | Date: | August 10, 2023 |

Title:   *Sharon Ann Johnson et al v. Lowe's Home Center et al.*

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER DISMISSING COMPLAINT WITH PREJUDICE**

Pursuant to the parties' Stipulation (Dkt. No. 45), the Complaint in this matter is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**.